**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |
|---|---|
| WILLIAM MERRILL, JR., WILLIAM MERRILL, SR., CORINNA MERRILL, KAYLA MERRILL, TYLER MERRILL, BRANDON BITTNER, MEGAN JUDD, SARAH KNIGHT, MELISSA LABBE, | **ORAL ARGUMENT REQUESTED** |
|  | Case No.: 6:25-cv-00800-AMN-TWD |
| Plaintiffs, | **DEFENDANT RYLEE KIRK'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND FOR AN AWARD OF COSTS AND ATTORNEY'S FEES AS AUTHORIZED BY N.Y. *CIV. RIGHTS LAW* § 70-a** |
| v. | |
| ONONDAGA COUNTY, JOHN/JANE DOES 1-6, RYLEE KIRK, COURTNEE SAWYER, JHANASIA MCBRIDE, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PLEASE TAKE NOTICE** that upon the Declaration of Michael J. Grygiel, Esq., dated August 25, 2025, with the exhibits attached thereto, and Defendant Rylee Kirk's Memorandum of Law in Support of Motion to Dismiss and for an Award of Costs and Attorney's Fees dated August 25, 2025, and upon all prior pleadings had herein, Defendant Rylee Kirk, by her attorneys, Greenberg Traurig, LLP, will move this Court on October 17, 2025, at  9:30 A.M. before the Honorable Anne M. Nardacci, United States District Judge, at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint's Seventh Cause of Action in its entirety and with prejudice, and for an award of costs and attorney's fees as authorized by N.Y. *Civ. Rights Law* § 70-a(1)(a), together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant Rylee Kirk respectfully requests that the Court schedule oral argument on the instant motion to enable her counsel to address the important First Amendment and fair report privilege issues implicated by the motion.

Dated: August 25, 2025

Respectfully submitted,

**GREENBERG, TRAURIG, LLP**

By:  */s/ Michael J. Grygiel*

Michael J. Grygiel
(Bar Roll No. 507829)
Kelly L. McNamee
(Bar Roll. No. 520670)
54 State St., 6th Floor
Albany, New York, 12207
Tel.: (518) 689-1400
Fax: (518) 689-1499
Email: grygielm@gtlaw.com
mcnameek@gtlaw.com

*Attorneys for Defendant Rylee Kirk*

2

## CERTIFICATE OF SERVICE

I, Michael J. Grygiel, hereby certify that on August 25, 2025, I caused the foregoing document to be electronically filed with the United States District Court for the Northern District of New York through the CM/ECF system, and that a copy is being served on all counsel of record via CM/ECF.

*/s/ Michael J. Grygiel*
Michael J. Grygiel
(Bar Roll No. 507829)

714020294v4