

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
**P** 716.854.3400 ‹ www.RuppPfalzgraf.com

**YOUNG WOO KIM**
Kim@RuppPfalzgraf.com

June 30, 2026

**Via CM/ECF**

Hon. Carla B. Freedman
United States Magistrate Judge
James M. Hanley Federal Building and US Courthouse
100 South Clinton Street
Syracuse, New York 13261

Dear Judge Freedman:

> Re:    *Merrill et al. v. Onondaga County et al.*
>         Docket No.:    6:25-cv-00800-AMN-CBF
>         Our File No.:   14038.40112

    This firm represents the Plaintiffs in the above-captioned action. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), we respectfully request a two-month extension of the deadline to join parties and amend the pleadings, currently set for July 7, 2026, to September 7, 2026.

    This extension is necessary because the parties have not yet received sufficient discovery to identify the John/Jane Doe defendants named in the Complaint. Additional time is needed to obtain and review outstanding discovery so that any amendment substituting the identities of those individuals can be made on a complete record.

    Defendant Onondaga County, by its counsel, consents to this request. Plaintiffs have made good-faith efforts to reach pro se Defendant Jhanasia McBride to request her consent but have not received a response.

    Granting this request will not prejudice any party and will assist the parties in developing a complete record before any amendment is made. We thank the Court for its consideration of this request.

**RUPP PFALZGRAF** LLC

June 30, 2026
Page 2

Should the Court have any questions, counsel remains available at the Court's convenience.

Respectfully submitted,

Young Woo Kim

cc:    John E. Heisler, Jr., Esq.
    {*via CM/ECF*}
    Jhanasia McBride
    {*via CM/ECF*}

**SO ORDERED:**

_____
Hon. Carla B. Freedman, U.S.M.J.