Rupp Pfalzgraf LLC
People at law®

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 www.RuppPfalzgraf.com

**PAUL D. JAGER**
Jager@RuppPfalzgraf.com

August 27, 2026

**Via CM/ECF**

Hon. Carla B. Freedman
United States Magistrate Judge
James M. Hanley Federal Building and US Courthouse
100 South Clinton Street
Syracuse, New York 13261

Dear Judge Freedman:

Re: Merrill et al. v. Onondaga County et al.
Docket No.: 6:25-cv-00800-AMN-CBF
Our File No.: 14038.40112

This firm represents the Plaintiffs in the above-captioned action. Plaintiffs respectfully request a two-month extension of the deadline to join parties and amend the pleadings, currently set for September 7, 2026, to November 7, 2026.

This extension is necessary because the parties have not yet received sufficient discovery to identify the John/Jane Doe defendants named in the Complaint. Plaintiffs served their First Set of Interrogatories and First Request for Production of Documents on Defendant Onondaga County on June 15, 2026, and the County's response deadline, as extended by agreement of the parties, was August 7, 2026. To date, Plaintiffs have not received the County's responses. Additional time is needed to obtain and review this outstanding discovery so that any amendment substituting the identities of the Doe defendants can be made on a complete record. Defendant Onondaga County, by its counsel, consents to this request. Plaintiffs' counsel was unsuccessful in contacting the Pro Se Defendant.

We thank the Court for its consideration of this request.

Respectfully submitted,

Paul D. Jager

cc: All counsel of record