Rupp Pfalzgraf LLC
People at law®

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◂ www.RuppPfalzgraf.com

PAUL D. JAGER
Jager@RuppPfalzgraf.com

October 1, 2026

**Via CM/ECF**

Hon. Carla B. Freedman
United States Magistrate Judge
James M. Hanley Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

Dear Judge Freedman:

Re: *Merrill, et al. v. Onondaga County, et al.*
Civil Action No.: 6:25-cv-00800 (AMN/CBF)
Our File No.: 14038.40112

This firm represents Plaintiffs. Pursuant to L.R. Civ. P. 7.1(a)(2), Plaintiffs ask the Court to schedule a discovery conference about Defendant Onondaga County's failure to respond to Plaintiffs' first set of interrogatories and document requests.

The County's responses were due 30 days after service. Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A). The parties agreed to extend that deadline, and the County's counsel later communicated it needed about three more weeks. That time came and went. The County has served no answers, objections, or documents, and Plaintiffs' follow-up emails and calls have not gotten a response since that time.

Plaintiffs need the responses to find the names of the John and Jane Doe defendants, and their deadline to join those defendants is November 6, 2026.

Plaintiffs are available on any date that works for the Court.

Respectfully submitted,

Paul D. Jager

cc: All counsel of record (via CM/ECF)