Rupp Pfalzgraf LLC
People at law®

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 www.RuppPfalzgraf.com

**PAUL D. JAGER**
Jager@RuppPfalzgraf.com

November 13, 2026

**Via CM/ECF**

Hon. Carla B. Freedman
United States Magistrate Judge
James M. Hanley Federal Building and US Courthouse
100 South Clinton Street
Syracuse, New York 13261

Dear Judge Freedman:

Re: *Merrill et al. v. Onondaga County et al.*
Civil Action No.: 6:25-cv-00800-AMN-CBF
Our File No.: 14038.40112

This firm represents Plaintiffs. We file this status report pursuant to the Court's October 14, 2026, Text Order (Doc. 50), directing Plaintiffs to move for default judgment against Defendant Courtnee Sawyer or file a status report within 30 days.

The Clerk entered Defendant Sawyer's default on March 17, 2026 (Doc. 30). Plaintiffs have not yet moved for default judgment.

The deadline to amend the pleadings and join parties is December 2, 2026 (Doc. 49). Plaintiffs currently are reviewing amendments that will affect the claims against Defendant Sawyer.

Plaintiffs propose to move for default judgment against Defendant Sawyer, or to file a further status report on the claims against her, by January 4, 2027.

We thank the Court for its consideration.

Very truly yours,

*/s/Paul D. Jager*

Paul D. Jager

cc: All counsel of record (via CM.ECF)